**Entered on Docket**
**April 02, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | BK-S- 06-12287-BAM |
| DEAN MAURER, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Date:        Aug. 19, 2008 |
| ) | Time:        3:30 p.m. |
| _____ ) | Courtroom:   3 |
| ) | |

**ORDER AFTER JOINT HEARING**

Mortgage Electronic Registration Systems ("MERS") filed a motion for relief from stay in this case on May 23, 2008 (dkt. #29).  The trustee filed an opposition, arguing that, among other things, MERS was not the real party in interest and lacked standing to bring the motion.  Given that substantially similar objections had been lodged in other cases in which MERS had sought relief from stay, this matter was set for a joint hearing on August 19, 2008.  Subsequently, Judge Linda B. Riegle, one of the three judges presiding over the joint hearing, entered a memorandum opinion. _See_ docket number 99 in _In re Mitchell_, case number BK-S-07-16226-LBR.

For the reasons stated in the memorandum opinion, the court orders that MERS' motion for relief from stay is DENIED, without prejudice.

IT IS SO ORDERED.

Copies sent to:

BNC Mailing Matrix

MICHAEL W. CHEN on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. C/O LITTON LOAN SERVICING, LLP
yvette@ccfirm.com

PHILIP K GOLDSTEIN on behalf of Creditor LITTON LOAN SERVICING, L.P.
pg@pkgbk.com

LENARD E. SCHWARTZER
trustee@s-mlaw.com, nv17@ecfcbis.com;wholland@s-mlaw.com;lbenson@s-mlaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

GMAC ROSEVILLE
2740 ARTHUR ST.
PO
ROSEVILLE, MN 55113

KENNETH E HOGAN on behalf of Plaintiff LISA LIRA
2898 EVERGOLD DR
HENDERSON, NV 89074

RC WILLEY FINANCIAL SERVICES
PO BOX 65320
SALT LAKE CITY, UT 84165-0320

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

# # #