# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re:

DEAN MAURER

_____

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS. INC.,

    Appellant,

v.

DEAN MAURER,

    Appellee.

Bankruptcy Case BK-S-06-12287 BAM

Appellate Ref No: 09-00014

2:09-CV-891 JCM (GWF)

## ORDER

Presently before the court is appellant Mortgage Electronic Registration Systems, Inc. 's (hereinafter "MERS") 28 U.S.C. § 158(a) appeal from the bankruptcy court's order (No. BK-S-06-12287-BAM, Doc. #56) denying MERS' motion for relief from automatic stay.

Having considered the briefs, the record on appeal, and the parties' arguments at the consolidated hearing on November 10, 2009, the court affirms the bankruptcy court's decision for the reasons announced in *In re Mitchell*, 2:09-cv-00668 (Doc. #41).

Accordingly, the order of the bankruptcy court that MERS lacked standing to move to lift the automatic stay is AFFIRMED.

DATED this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**