Entered on Docket
April 02, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
mchen@ccfirm.com
Loan No.  xxxx7977/ Our File No. 08-05-2834

Attorney for Secured Creditor
Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of November 1, 2005, GSAMP Trust 2005-WMC2, C/O Litton Loan Servicing, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| DEAN MAURER, | CHAPTER 7<br>BANKRUPTCY NO.: 06-12287-BAM<br>DATE: Mar 30, 2010<br>TIME: 1:30 PM |
| Debtor(s) | |

### ORDER TERMINATING THE AUTOMATIC STAY
### RE: BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re:

Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor,

Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement

dated as of November 1, 2005, GSAMP Trust 2005-WMC2, C/O Litton Loan Servicing, LP, its

assignees and/or successors in interest, regarding the property located and generally described as

3419 Penthouse Place, North Las Vegas, NV 89031, ("Property" herein) and legally described as follows:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AND KNOWN AS EXHIBIT 'A'

Submitted by:

    THE COOPER CASTLE LAW FIRM
    A Multi-Jurisdictional Law Firm

By:   /s/ *Michael W. Chen*      Date: February 24, 2010
    Michael W. Chen, Esq.
    Attorney for Secured Creditor
    Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of November 1, 2005, GSAMP Trust 2005-WMC2, C/O Litton Loan Servicing, LP

By:   _____  Date: _____
    Lenard E. Schwartzer
    Chapter 7 Trustee

## EXHIBIT "ONE"

Lot 88 in Block 2 of Casa Linda Unit 10C, as shown by map thereof on file in Book 43 of Plats, Page 60 in the Office of the County Recorder of Clark County, Nevada and as amended by Certificate of Amendment recorded August 30, 1989 in Book 890830 of Official Records, Clark County, Nevada records as Document no. 00746.

Assessor's Parcel No: 139-05-213-014

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, (and either with the motion) or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

_____/s/ Max Erwin_____
An employee of The Cooper Castle Law Firm